Opinion Per Curiam, October 18, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice Musmanno dissents.

## Cavalcante, Appellant, v. Fayette County Board of Elections.

Argued October 12, 1965. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Anthony Cavalcante*, for appellant.

*Joseph P. Matuschak*, with him *Thomas A. Waggoner* and *Philip O. Carr*, for appellees.

Opinion Per Curiam, October 18, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice Musmanno dissents.

## Horvitz, Appellant, v. Lowenthal.

Argued October 5, 1965. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen and O'Brien, JJ.